# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD E. JOHNSON & MARY L. JOHNSON  Case Number: 04-76358
1707 S. 4TH STREET   SSN-xxx-xx-7837 & xxx-xx-2791
ROCKFORD, IL  61104

Case filed on: 12/28/2004
Plan Confirmed on: 6/24/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $46,780.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 26,739.92 | 26,739.92 | 26,739.92 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 5,239.00 | 3,167.65 | 3,167.65 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 9,431.76 | 9,431.76 | 9,431.76 | 0.00 |
|  | Total Priority | 41,410.68 | 39,339.33 | 39,339.33 | 0.00 |
| 999 | RICHARD E. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 34,849.42 | 34,849.42 | 2,787.36 | 0.00 |
| 003 | TRAVELERS TAX GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 5,398.60 | 5,398.60 | 431.80 | 0.00 |
|  | Total Unsecured | 40,248.02 | 40,248.02 | 3,219.16 | 0.00 |
|  | Grand Total: | 82,858.70 | 80,787.35 | 43,758.49 | 0.00 |

Total Paid Claimant:    $43,758.49
Trustee Allowance:      $3,021.51
Percent Paid Unsecured:      8.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008         By  /s/Heather M. Fagan